NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000324
27-JUN-2018
08:07 AM

NO. CAAP-15-0000324

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PETER A. PAGADUAN, Claimant-Appellee, v.
HAWAIIAN DREDGING CONSTRUCTION COMPANY, INC.,
Employer-Appellant,

and

FIRMS CLAIMS SERVICES,
Insurance Adjuster-Appellant,

and

ZURICH NORTH AMERICA,
Insurance Carrier-Appellant

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2013-269 (2-08-11391))

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, and Reifurth and Chan, JJ.)

Upon consideration of the Employer/Insurance
Adjuster/Insurance Carrier-Appellant's Motion to Dismiss filed on
June 5, 2018, the papers in support, and the record, and there
being no opposition, it appears that the parties have settled and
executed a Compromise, Release and Settlement Agreement, which
was approved by the Labor and Industrial Relations Appeals Board
(LIRAB) on May 23, 2018. It further appears that in accordance
with the Compromise, Release and Settlement Agreement, each party

shall bear its own attorneys' fees and costs, with Appellee's attorneys' fees and costs subject to approval by the LIRAB.

Therefore, IT IS HEREBY ORDERED that Appellant's June 5, 2018 motion to dismiss the appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 27, 2018.

Presiding Judge

Associate Judge

Associate Judge

2